■  MARGARET LUSTERINO, as Administratrix of the Estate of STEPHEN S. LUSTERINO, Deceased, Appellant, v. FRANCIS J. KLEVAN et al., Respondents, et al., Defendant.— Order, Supreme Court, New York County, entered on August 4, 1971, unanimously affirmed; appeal from order of said court entered on September 17, 1971, unanimously dismissed; and that the respondents recover of the appellant one bill of $30 costs and disbursements of this appeal. No opinion. Concur — Markewich, J. P., Kupferman, Eager and Capozzoli, JJ.